IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RUSSELL WRIGHT, ) | |
| ) | |
| Petitioner, ) | |
| ) | **1:05CV00558** |
| v. ) | **1:97CR226-2** |
| ) | **1:97CR231-2** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on June 21, 2005, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Petitioner's "Rule 60(b)" motion [Pleading No. 1] be construed as an attempt by Petitioner to file a § 2255 action and be dismissed without prejudice to Petitioner filing a new action on the proper forms.

This the day of December 20, 2005

                                              /s/ N. Carlton Tilley, Jr.
                                              United States District Judge